**Opinion issued March 7, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00569-CV**

————————————

**KINGWOOD DIAMOND, INC., OBAID UDDIN, AND OHK GLOBAL, INC., Appellants**

**V.**

**LONESTAR PETROLEUM, LP, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-27229**

## MEMORANDUM OPINION

Appellants Kingwood Diamond, Inc., Obain Uddin, and OHK Global, Inc. have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts

of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On August 29, 2023, appellants were notified that this appeal was subject to dismissal if appellate costs were not paid by September 28, 2023. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not respond to the notice and the required fee has not been paid.

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.